IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TAMMY L. RUSSELL,
    Plaintiff,

vs.                                        Case No.: 5:11cv165/RH/EMT

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____/

**REPORT AND RECOMMENDATION**

       This action was initiated under the Social Security Act to obtain judicial review of the Commissioner's final decision denying Plaintiff's claim for benefits (doc. 1). Now before the court is the Commissioner's Motion to Remand pursuant to sentence six of 42 U.S.C. § 405(g) (doc. 11). The Commissioner has certified that Plaintiff has no objection to this motion (*id.*).

       Sentence six remands may be granted on the Commissioner's motion before an answer is filed for good cause or, alternatively, upon a showing that there is new, material evidence and good cause for the failure to incorporate such evidence into the record. *See* Melkonyan v. Sullivan, 501 U.S. 89, 100, 111 S. Ct. 2157, 115 L. Ed. 2d 78 (1991) (explaining the difference between sentence four and sentence six remands under 42 U.S.C. § 405(g)). In the instant case, the Commissioner has not yet filed an answer and seeks remand to the Appeals Council ("AC") because the recording of Plaintiff's hearing, held March 1, 2007, cannot be located (doc. 11, Memorandum in Support at 1). The Commissioner states that upon remand the AC will continue to search for the missing recording, and if it cannot be located the AC will remand Plaintiff's case for a new hearing (*id.*). Based upon the foregoing, the undersigned believes there is good cause for the requested remand.

Accordingly, it is respectfully **RECOMMENDED**:

1. That the Commissioner's motion to remand (doc. 11) be **GRANTED**.

2 That this cause be **REMANDED** to the Commissioner of the Social Security Administration pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings in accordance with this Report.  As the court retains jurisdiction of this case during the period of remand, judgment should not be entered at this time, but the clerk shall be directed to administratively close this file.

3. That the Commissioner be required to advise the court of the status of these proceedings **SIXTY (60) DAYS** from the date of an order adopting this Report and Recommendation and every **FORTY-FIVE (45) DAYS** thereafter.

At Pensacola, Florida this 14th day of October 2011.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**

Case No.:  5:11cv165/RH/EMT