IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TAMMY L. RUSSELL,

    Plaintiff,

v.                        CASE NO. 5:11cv165-RH/EMT

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER OF REMAND

This case is before the court on the magistrate judge's report and recommendation, ECF No. 12. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The case is remanded to the Commissioner under sentence six of 42 U.S.C. § 405(g) for further proceedings consistent with the report and recommendation. The clerk must administratively close the case. The Commissioner must file a status report by the last day of January 2012 and the last

day of every second month (that is, the last day of each March, May, July, September, November, and January) until the case is reopened in this court.

SO ORDERED on November 23, 2011.

                                            s/Robert L. Hinkle
                                            United States District Judge