# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

TAMMY L. RUSSELL,

    Plaintiff,

v.                                           CASE NO. 5:11cv165-RH/EMT

CAROLYN COLVIN,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This case is before the court on the magistrate judge's report and recommendation, ECF No. 42. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's motion for attorney's fees, ECF No. 40, is GRANTED. The Secretary must pay $7,922.06 as attorney's fees under the Equal Access to Justice Act as set out in the report and recommendation.

SO ORDERED on April 11, 2014.

                                            s/Robert L. Hinkle
                                            United States District Judge